UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CAROLYN ANN GUICE**                                                                                       **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO.1:06CV154 LTS-RHW**

**METROPOLITAN PROPERTY & CASUALTY INSURANCE CO.**            **DEFENDANT**

<u>ORDER</u>

The parties have informed the Court that this action has been compromised and settled.  The pending motions [69] [72] [75] are now moot.

Accordingly, it is

**ORDERED**

That the motion [69] of Metropolitan Property and Casualty Insurance Company for a Change of Venue is hereby **DENIED AS MOOT**;

That the motion [72] of Metropolitan Property and Casualty Insurance Company for Summary Judgment is hereby **DENIED AS MOOT**; and

That the motion [75] of Carolyn Ann Guice for Summary Judgment is hereby **DENIED AS MOOT.**

**SO ORDERED** this 6th day of February, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge